■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILFORD McNAIR, Appellant.— REYNOLDS, J. Appeal from an order of the County Court, Saratoga County, denying appellant's *coram nobis* petition without a hearing. Appellant's petition does not allege any specific promise by the Assistant District Attorney and, moreover, his allegations are not only not confirmed by the record or any supporting affidavits (*People* v. *Scott,* 10 N Y 2d 380), but are, in fact, expressly refuted by the conduct of the appellant and his attorney as revealed in the minutes of his plea and sentence (*People* v. *White,* 309 N. Y. 636). Order affirmed. Gibson, P. J., Taylor, Aulisi and Hamm, JJ., concur.